IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ALEJANDRO MARTINEZ VILLA,**<br>    **Petitioner,**<br><br>v.<br><br>**Todd M. Lyons**, *in his official capacity as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security, et al.*,<br>    **Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-26-CV-00092-DB |

## **ORDER**

On this day, the Court considered the above-captioned case. On January 20, 2026, Petitioner Alejandro Martinez Villa filed a "Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief," ECF No. 1. On January 27, 2026, the Court issued its "Order," ECF No. 4, wherein following orders issued:

> Accordingly, after careful consideration of the undisputed facts in this case as well as the legal conclusions made in Vieira and this Court's subsequent immigration habeas cases brought by petitioners subject to mandatory detention under the Government's new interpretation of 8 U.S.C. § 1225(b), **IT IS HEREBY ORDERED**, Petitioner Alejandro Martinez Villa's "Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief," ECF No. 1, is **GRANTED IN PART** on procedural due process grounds.
> 
> **IT IS FURTHER ORDERED** Respondents **SHALL PROVIDE** Petitioner with a bond hearing before an immigration judge at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention; or (2) release Petitioner from custody, under reasonable conditions of supervision, during the pendency of their removal proceedings **no later than January 29, 2026**.
> 
> **IT IS FURTHER ORDERED** that, if applicable, Respondents SHALL FILE an advisory informing the Court when

> the bond hearing will be held in accordance with the preceding order **no later than January 28, 2026.**
>
> **IT IS FINALLY ORDERED** that, if applicable, Respondents SHALL FILE an advisory informing the Court, in detail, of the reasons for the IJ's bond hearing decision **no later than February 2, 2026.**

ECF No. 4 at 3–4. On February 2, 2026, Respondents filed a "Status Report," ECF No. 6, advising the Court "the immigration judge granted Petitioner release upon the posting of a bond of $4,000.00." *Id.* at 1.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than February 10, 2026.**

**SIGNED** this **3rd** day of **February 2026**.

_____
**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**